UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

IRENE KAUFMAN AND BERNICE KAUFMAN,
as trustees of the Irene Kaufman Trust,                              09-CV-7900

                                         Plaintiffs,

            v.                                                       **CORPORATE
                                                                     DISCLOSURE
HSBC USA INC., M.J.G. GLYNN, J.J. MCKENNA,                           STATEMENT**
CLIVE BUCKNALL, S.H. ALFIERO, D.K. BOSWELL,
J.H. CLEAVE, F.D. FERGUSSON, S.K. GREEN,
R.A. JALKUT, P. KIMMELMAN, C.G. MEYER, JR.,
J.L. MORICE, RICHARD S. FULD, JR., CHRISTOPHER
M. O'MEARA, MICHAEL L. AINSLIE, JOHN F.
AKERS, ROGER S. BERLIND, THOMAS H.
CRUIKSHANK, MARSHA JOHNSON EVANS,
SIR CHRISTOPHER GENT, ROLAND A. HERNANDEZ,
HENRY KAUFMAN and JOHN D. MACOMBER,

                                         Defendants.

_____

            Defendant HSBC USA Inc., by its attorneys, Phillips Lytle LLP, states that its

parent corporation, through various intermediate subsidiaries, is HSBC Holdings plc.  No other

publicly-held corporation owns more than 10 percent of the stock of HSBC USA, Inc.

DATED:        Buffalo, New York
              November 12, 2009

                              PHILLIPS LYTLE LLP

                              By:     s/ Paul K. Stecker_____
                                      Paul K. Stecker (PS4892)
                              Attorneys for Defendant HSBC USA Inc.
                              Suite 3400, One HSBC Center
                              Buffalo, New York  14203
                              (716) 847-8400
                              pstecker@phillipslytle.com

                              and

                              437 Madison Avenue, 34th Floor
                              New York, New York  10022
                              (212) 759-4888

- 2 -

CC:    DE VOS & CO., PLLC
       (Lloyd De Vos, of Counsel)
       Attorneys for Plaintiffs
       1230 Avenue of the Americas, 7th Floor
       New York, New York  10020
       (212) 786-1000
       ldevos@devos-law.com

FFFtl
Doc # 01-2332974.1