UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| IRENE KAUFMAN AND BERNICE KAUFMAN, as trustees of the Irene Kaufman Trust,<br><br>                                   Plaintiffs,<br><br>    v.<br><br>HSBC USA INC., M.J.G. GLYNN, J.J. MCKENNA, CLIVE BUCKNALL, S.H. ALFIERO, D.K. BOSWELL, J.H. CLEAVE, F.D. FERGUSSON, S.K. GREEN, R.A. JALKUT, P. KIMMELMAN, C.G. MEYER, JR., J.L. MORICE, RICHARD S. FULD, JR., CHRISTOPHER M. O'MEARA, MICHAEL L. AINSLIE, JOHN F. AKERS, ROGER S. BERLIND, THOMAS H. CRUIKSHANK, MARSHA JOHNSON EVANS, SIR CHRISTOPHER GENT, ROLAND A. HERNANDEZ, HENRY KAUFMAN and JOHN D. MACOMBER,<br><br>                                   Defendants. | 09-CV-7900<br><br>**NOTICE OF APPEARANCE** |

_____

Please enter the appearance of Paul K. Stecker of Phillips Lytle LLP as attorney for defendants HSBC USA Inc., M.J.G. Glynn, J.J. McKenna, Clive Bucknall, S.H. Alfiero, D.K. Boswell, J.H. Cleave, F.D. Fergusson, S.K. Green, R.A. Jalkut, P. Kimmelman, C.G. Meyer, Jr. and J.L. Morice in the above matter.

DATED:    Buffalo, New York
                November 13, 2009

                                       PHILLIPS LYTLE LLP

                                       By:    s/ Paul K. Stecker
                                                Paul K. Stecker (PS4892)
                                   Attorneys for Defendants HSBC USA Inc.,
                                    M.J.G. Glynn, J.J. McKenna, Clive
                                    Bucknall, S.H. Alfiero, D.K. Boswell,
                                    J.H. Cleave, F.D. Fergusson, S.K. Green,
                                    R.A. Jalkut, P. Kimmelman,
                                    C.G. Meyer, Jr. and J.L. Morice
                                 Suite 3400, One HSBC Center
                                 Buffalo, New York  14203
                                 (716) 847-8400
                                 pstecker@phillipslytle.com

- 2 -

        and

437 Madison Avenue, 34th Floor
New York, New York  10022
(212) 759-4888

CC:    DE VOS & CO., PLLC
        (Lloyd De Vos, of Counsel)
        Attorneys for Plaintiffs
        1230 Avenue of the Americas, 7th Floor
        New York, New York  10020
        (212) 786-1000
        ldevos@devos-law.com

FFFtl
Doc # 01-2333477.1