IRENE KAUFMAN AND BERNICE KAUFMAN, AS TRUSTEES OF THE
IRENE KAUFMAN TRUST

                                           Plaintiff(s)

- against -

HSBC USA INC., ETAL

                                           Defendant(s)

Index # 09 CIV 7900 (SWAIN)

Purchased September 14, 2009
File # 80086/0004

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

MICHAEL HARRIS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 1, 2009 at 10:55 AM at

452 FIFTH AVENUE
NEW YORK, NY10018

deponent served the within SUMMONS AND COMPLAINT WITH ORDER AND LETTER on HSBC USA INC. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to XIOMARA GUTIERREZ personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT WITH ORDER AND LETTER as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 35 | 5'4 | 120 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: October 2, 2009

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

**MICHAEL HARRIS**
License #: 1077447
Invoice #: 494458

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728