UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IRENE KAUFMAN AND BERNICE
KAUFMAN, as trustees of the Irene Kaufman
Trust

                Claimant,

    - against -

HSBC USA INC., M.J.G. GLYNN, J.J.
MCKENNA, CLIVE BUCKNALL, S.H.
ALFIERO, D.K. BOSWELL, J.H. CLEAVE,
F.D. FERGUSSON, S.K. GREEN, R.A.
JALKUT, P. KIMMELMAN, C.G. MEYER,
JR. J.L. MORICE, RICHARD S. FULD, JR.,
CHRISTOPHER M. O'MEARA, MICHAEL
L. AINSLIE, JOHN F. AKERS, ROGER S.
BERLIND, THOMAS H. CRUIKSHANK,
MARSHA JOHNSON EVANS, SIR
CHRISTOPHER GENT, ROLAND A.
HERNANDEZ, HENRY KAUFMAN and
JOHN D. MACOMBER

                Defendants.

MASTER CASE NO. 09 MD 2017
(LAK)

CASE NO. 09 CV 7900 (LAK)

**AFFIDAVIT OF SERVICE**

I, Lloyd De Vos, do hereby declare and affirm that I am counsel to the plaintiffs in this action and that pursuant to agreement between counsel that they would accept service of process for their respective client, I served a summons and complaint:

    1.      Upon Richard S. Fuld, Jr. by mailing a copy of the summons and complaint by first class mail, postage prepaid, to Todd Fishman, Esq., Allen & Overy, 1221 Avenue of the Americas, New York, New York 10020 on September 22, 2009; and

    2.      Upon Christopher M. O'Meara, Michael L. Ainslie, John F. Akers, Roger S. Berlind, Thomas H. Cruikshank, Marsha Johnson Evans, Sir Christopher Gent, Roland A. Hernandez, Henry Kaufman and John D. Macomber by mailing a copy of the summons and

{D0033570.1 }

complaint by first class mail, postage prepaid, to Erika Burk, Esq., Simpson, Thacher & Bartlett

LLP, 425 Lexington Avenue, New York, New York 10017 on September 22, 2009.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Dated: November 20, 2009

_____

Lloyd De Vos