UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IRENE KAUFMAN AND BERNICE KAUFMAN, as trustees of the Irene Kaufman Trust

        Claimant,

- against -

HSBC USA INC., M.J.G. GLYNN, J.J. MCKENNA, CLIVE BUCKNALL, S.H. ALFIERO, D.K. BOSWELL, J.H. CLEAVE, F.D. FERGUSSON, S.K. GREEN, R.A. JALKUT, P. KIMMELMAN, C.G. MEYER, JR. J.L. MORICE, RICHARD S. FULD, JR., CHRISTOPHER M. O'MEARA, MICHAEL L. AINSLIE, JOHN F. AKERS, ROGER S. BERLIND, THOMAS H. CRUIKSHANK, MARSHA JOHNSON EVANS, SIR CHRISTOPHER GENT, ROLAND A. HERNANDEZ, HENRY KAUFMAN and JOHN D. MACOMBER

        Defendants.

MASTER CASE NO. 09 MD 2017 (LAK)

CASE NO. 09 CV 7900 (LAK)

**AFFIDAVIT OF SERVICE**

    I, Lloyd De Vos, do hereby declare and affirm that I am counsel to the plaintiffs in this action and that pursuant to agreement between counsel that counsel to the defendants named below that he would accept service of process for his clients, I served a summons and complaint in this matter upon M.J.G. Glynn, J.J. McKenna, Clive Bucknall, S.H. Alfiero, D.K. Boswell, J.H. Cleave, F. D. Fergusson, S.K. Green, R. A. Jalkut, P. Kimmelman, C.G. Meyer Jr. and J.L. Morice by mailing a copy of the summons and complaint by first class mail, postage prepaid, to Paul K. Stecker Esq., Phillips Lytle LLP, One HSBC Center, Suite 3400, Buffalo, New York 14203 on November 16, 2009.

{D0033574.1 }

- 2 -

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 20, 2009

_____
Lloyd De Vos